■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY DOWNING, Appellant. [604 NYS2d 752] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Hurley, J.), rendered December 12, 1989, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claims, including his claim that his sentence was excessive, are either unpreserved for appellate review or without merit. We note in passing that an identification witness's prior inability to identify a defendant as the perpetrator goes to the weight and not to the admissibility of the evidence (see, People v Fuller, 185 AD2d 446, 449; People v Cruz, 167 AD2d 306). Bracken, J. P., Balletta, Eiber and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD FERRERI, Appellant. [604 NYS2d 751] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Namm, J.), rendered January 3, 1992, convicting him of attempted sodomy in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.